UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-22H-003

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IBRAHIM ABDULLA KAIED | ORDER |

THIS MATTER came on to be heard upon motion of Defendant to seal a proposed sealed document [DE 311], pursuant to Local Criminal Rule 55.2. For the reasons set forth in the Motion, the Court finds that good cause exists to seal the proposed sealed document.

Accordingly, Defendant's motion to seal document is GRANTED, and the document will remain sealed unless and until any further order of this Court.

SO ORDERED.

This the 15th day of March 2017.

_____
Malcolm J. Howard
Senior United States District Judge