UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ibrahim Abdulla Kaied**                          **Docket No. 5:16-CR-22-3H**

### Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ibrahim Abdulla Kaied, who, upon an earlier plea of guilty to Conspiracy to Traffic in Contraband Cigarettes in violation 18 U.S.C. § 371, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 15, 2017, to the custody of the Bureau of Prisons for a term of 5 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On March 20, 2017, pursuant to a Rule 35 motion, the defendant's sentence was modified to 3 years probation. Ibrahim Abdulla Kaied began his probation term on March 20, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is supervised in the Middle District of North Carolina. That district has requested that we approach the court for a determination as to whether the defendant's passport should be returned to the defendant or mailed to the Department of State. We recommend that the Middle District of North Carolina be authorized to return the seized passport to the defendant for future use as approved by the court. This will allow the defendant to engage in court approved travel without incurring the delays and expenses of having to work through State Department for the return of his old passport or the issuance of a new one.

**PRAYING THAT THE COURT WILL ORDER** that the supervising probation officer may return the defendant's passport when deemed appropriate while confirming the defendant fully understands that international travel is not authorized absent specific approval of the court.

Except as herein modified, the judgment shall remain in full force and effect.

                                             I declare under penalty of perjury that the foregoing
                                             is true and correct.

                                             /s/Jeffrey L. Keller
                                             Jeffrey L. Keller
                                             Supervising U.S. Probation Officer
                                             310 New Bern Avenue, Room 610
                                             Raleigh, NC 27601-1441
                                             Phone: 919-861-8696
                                             Executed On: April 13, 2017

Ibrahim Abdulla Kaied
Docket No. 5:16-CR-22-3H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 25th day of April 2017, and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge